**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WIG, RANDY K | ) | |
| | ) | CASE NO. 05-24091 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Court Annex, 57 N Ottawa St, Room 201 Joliet, IL 60432

   on:   April 27, 2007
   at:   9:15 a.m.

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                  $        14,011.83

   b. Disbursements                             $           205.00

   c. Net Cash Available for Distribution       $        13,806.83

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 2,151.18 | $ 449.24 |
| Lee G. Schwendner, Accountant | $ 205.00 | $ 0.00 | $ 0.00 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $469.05 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5A | Internal Revenue Service | $ 469.05 | $ 469.05 |

6. Claims of general unsecured creditors totaling $18,879.17, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 56.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER FINANCIAL SERVICES | $ 6,728.89 | $ 3,828.24 |
| 3 | eCast Settlement Corporation | $ 6,104.10 | $ 3,472.77 |
| 4 | Bank of America N A | $ 5,773.38 | $ 3,284.62 |
| 7 | Recovery Management Systems Corporation For GE Money Bank | $ 266.69 | $ 151.73 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Checking Account
    b. Security Deposit
    c. Household Goods
    d. Wearing Apparel
    e. 1996 Chevrolet 1500 Pick Up Truck
    f. 2004 Harley Davidson Motorcyle

Dated:    March 28, 2007                For the Court,

By:    KENNETH S GARDNER
Kenneth S Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 05-24091    Doc 31    Filed 03/28/07    Entered 03/30/07 23:57:04    Desc Imaged
              Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 1            Date Rcvd: Mar 28, 2007
Case: 05-24091                  Form ID: pdf002          Total Served: 19

The following entities were served by first class mail on Mar 30, 2007.
 db         +Randy K Wig,   16973 Griswold Springs Road,    Apt 1,    Plano, IL 60545-9662
 aty        +Michael L Sherman,    Sherman & Sherman,    120 South La Salle St Ste 1460,    Chicago, IL 60603-3575
 aty        +William L. Hotopp,    Law Offices Of William L. Hotopp,    222 E. Church Street,
              Sandwich, IL 60548-2202
 tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
 9465779    +Bank One,   P.O. Box 15153,    Wilmington, DE 19886-5153
 9465778    +Bank of America,    P.O. Box 5270,    Carol Stream, IL 60197-5270
 10029306   +Bank of America N A,    Pob 2278,    Norfolk, VA 23501-2278
 9941625    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Ave, Ste 900,
              Seattle, WA 98121-2339
 9465781    +First Midwest Bank,    P.O. Box 125,    Bedford Park, IL 60499-0125
 9465782     Fleet Bank n/k/a Bank of America,    P.O. Box 1070,    Newark, NJ 07101-1070
 9465783    +Harley Davidson,    8529 Innovation Way,    Chicago, IL 60682-0085
 9734983    +Harley-Davidson Credit,    PO Box 21850,    Carson City, NV 89721-1850
 9465784    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
 9465785    +Krista Carls,   40 E. Church Street,    Sandwich, IL 60548-2102
 10491705   +Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
 9465786     Wal-Mart,   P.O. Box 530927,    Atlanta, GA 30353-0927
 10965077    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Mar 29, 2007.
 9777813    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 29 2007 03:45:55      DISCOVER FINANCIAL SERVICES,
              PO BOX 8003,    HILLIARD, OH 43026-8003
 9465780     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 29 2007 03:45:55      Discover Financial,
              P.O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr           Ecast Settlement Corporation
 aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
 cr*         +HARLEY-DAVIDSON CREDIT,    PO BOX 21850,    CARSON CITY, NV 89721-1850
 9924153*    +HARLEY DAVIDSON CREDIT,    PO BOX 21850,    CARSON CITY, NV 89721-1850
                                                                                             TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2007**                    **Signature:** *Joseph Speetjens*