IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | \| | CHAPTER 7 CASE |
| WIG, RANDY K | \| | |
| | \| | CASE NO. 05-24091 BB |
| | \| | |
| | \| | HONORABLE  BRUCE W. BLACK |
| Debtor(s) | \| | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE   BRUCE W. BLACK,
        BANKRUPTCY JUDGE


Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A."

All checks have been cashed.  Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B."  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


 11/10/2008                                              /s/ Bradley J. Waller
DATE                                              BRADLEY J. WALLER, TRUSTEE